UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT BLANKS, et al.,

    Plaintiffs,

    v.

AMC ENTERTAINMENT INC.,, et al.,

    Defendants.

Case No.  16-cv-00765-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 12, 2016 at 2:00 p.m. |
| PREVIOUSLY REFERRED TO ADR FOR MEDIATION | |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | February 28, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: February 3, 2017<br>Rebuttal: February 17, 2017 |
| EXPERT DISCOVERY CUTOFF: | March 3, 2017 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | May 2, 2017 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, July 28, 2017 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 4, 2017 |
| PRETRIAL CONFERENCE: | Friday, August 18, 2017 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, September 5, 2017 at 8:30 a.m. for 5 days<br>(Bench Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, July 28, 2017 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

Plaintiff is to file motion for class certification no later than February 7, 2017.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 30, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge